No. 89–5392.   COFIELD v. ADAMS ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 89–5422.   MORROW v. TEXAS.   Ct. App. Tex., 1st Dist. Certiorari denied.

No. 89–5424.   VINSON v. TEXAS STATE BOARD OF MEDICAL EXAMINERS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–5426.   THOMAS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–5432.   TELEPO v. SCHEIDEMENTEL, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER.   C. A. 3d Cir. Certiorari denied.

No. 89–5445.   ANSARI v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–5447.   JAMES v. MORRIS, JUDGE, CIRCUIT COURT OF SOUTH CAROLINA, THIRD CIRCUIT, ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 89–5449.   SANCHEZ v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–5454.   WALKER v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–5455.   STANDLEY v. CAIN, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–5457.   TELEPO v. SCHEIDEMENTEL, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–5461.   JOHNSON v. HEARD ET AL.   C. A. 5th Cir. Certiorari denied.

No. 89–5463.   GRASTY v. FOLTZ.   C. A. 6th Cir.   Certiorari denied.